UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRANCE JOE QUINLAN,

                     Plaintiff,

    v.

NORMAN KIM MALENG, *et al.*,

                     Defendants.

No. 2:21-CV-1146-RSL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court **adopts** the Report and Recommendation.

(2)    The complaint is **dismissed without prejudice**.

(3)    The dismissal **counts as a strike** under 28 U.S.C. § 1915(g).

(4)    The case is **closed**.

(5)    The Clerk is directed to **send** copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

Dated this 22nd day of December, 2021.

                                                 Robert S. Lasnik
                                                 United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1